UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2013 APR 23 PM 1:31

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JOSE RAFAEL SALGADO-GAONA (1),

                Defendant.

CASE NO. 13CR0254-BEN

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion of the defendant for a judgment of dismissal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

TITLE 8 U.S.C. §1326(a).

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 17, 2013

Hon. Roger T. Benitez
U.S. District Judge